UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF NORTH CAROLINA

MISCELLANEOUS NO. 3:14mc185

IN RE:   OFFICIAL COURT CLOSING

FILED
CHARLOTTE, NC
SEP 3 0 2014
US District Court
Western District of NC

## O R D E R

**THIS MATTER** is before the Court upon its own motion.

The United States District Court for the Western District of North Carolina will be closed on Friday, November 28, 2014, in observance of the Thanksgiving holiday.

The United States District Court for the Western District of North Carolina will also be closed on December 24, 2014, at 12:00 noon; December 25, 2014, and December 26, 2014, in observance of the Christmas holiday.

**IT IS, THEREFORE, ORDERED** this 22nd day of September, 2014.

_____
Frank D. Whitney, Chief
U.S. District Court Judge