# UNITED STATES DISTRICT COURT
## For the WESTERN DISTRICT OF NORTH CAROLINA

## MISCELLANEOUS NO. 3:14 mc 185

IN RE:     **OFFICIAL COURT CLOSING**

**FILED**
CHARLOTTE, NC

DEC 2 2 2014

**US District Court
Western District of NC**

## O R D E R

**THIS MATTER** is before the Court upon its own motion.     .

The United States District Court for the Western District of North Carolina will be closed on December 24, 2014, at 12:00 noon; December 25, 2014, and December 26, 2014, in observance of the Christmas holiday.

The Court will also be closed on January 1, 2015, and January 2, 2015, in observance of the New Year holiday.

**IT IS, THEREFORE, ORDERED** this 22nd day of December, 2014.

Frank D. Whitney, Chief
U.S. District Court Judge